7:21-CV-911-CLM-SGC

United States District Court
Northern District of Alabama

2021 JUL -6 P 1:14

U.S. DISTRICT COURT
N.D. OF ALABAMA

De'Raoul Files (Pro-Se)
Plaintiff

v.

Sheriff Mark Pettway
Jefferson County Sheriff's Department
Individually and in their official capacities

Defendant.

## 1. Jurisdiction & Venue

(1). This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of the state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 42 U.S.C. 12101-12213 and 42 U.S.C. 2000cc-1(a) and Section 1985 of Title 42.

(2). Plaintiff De'Raoul Files seeks compensatory damages and punitive damages relief pursuant to 28 U.S.C. 1343(3),1343(4). Civil Rights of Institutionalized Person Act, 42 U.S.C. 1997 et.seq.("CRIPA").

(3). Plaintiff seeks declaratory relief 28 U.S.C. Section 2201-2202.

(4). The court has supplemental jurisdiction over Plaintiff state law claim under 28 U.S.C. Section 1367.

(5). Federal Tort claims are authorized by 28 U.S.C. Section 1345.

(6). The Northern District of Alabama is an appropriate venue under 42 U.S.C. Section 1983 and 42 U.S.C. 12101-12213 because it is where the events giving rise to this claim occured.

## II. Plaintiff.

(7). Plaintiff De'Raoul Files, is and was at all time mentioned herein a prisoner of the state of the State of Alabama in the custody of the Jefferson County Jail. He is currently confined in Alabama State Prison, in Brent, Alabama 35034.

## III. Defendants.

(8). Defendant Sheriff Mark Pettway head of Jefferson County Department. Defendant Mark Pettway is the superintendent/sheriff of the Jefferson County Department. He is legally responsible for the operation of the Jefferson County Sheriff's Department and for the welfare of all inmates in the jail.

(9). The superintendent is Mark Pettway of the Jefferson County Sheriff's Department under its jurisdiction where De'Raoul was confined.

## IV. Facts

(10). I turned myself in on March 2019 to begin serving a 60 month sentence.

(11). I'm a double above the knee amputee that also suffers from mental health.

(12). So I was placed on the medical floor in the jefferson County Jail.

(13). About a month earlier an accident occured where I was injured with a factured rib and punctured lung which made pushing myself around even more difficult than it already was.

(14). I was placed in a cell with two(2) other inmates and had to sleep on the floor right in front of the toilet with no hand rails; dirty toilet.

(15). The cell wasn't big enough for my wheelchair to make it through the door and even if it could there wasn't any room inside for it.

(16). My wheelchair was stationed outside of the cell. I had to transfer up and down and too and from my wheelchair on a filthy floor in a overcrowed cell.

(17). Transfering too and from the toilet with no handicap rails and no wheelchair accessibility or human assistance and I was injured badly and hurting.

(18). I felt like a dog havin to crawl around on the floor. I complained and put in multiple grievance but nothing changed and the condition I was in was worsening, but nothing changed the three(3) months that I was there.

(19). I was emotionally distressed and the pain was unbearable and my mental health was deteriorating.

(20). The condition I had to live in was inhumane and cruel and unusual for a person in my mental and physical condition.

(21). The Jefferson County Sheriff's Department violated when they act with deliberate indifference to a jail condition that exposes a prisoner to an unreasonable risk of serious harm or deprives a prisoner of a basic human need also protecting my rights to safe and humane conditions in the Jefferson County Jail.

## V. Exhaustion of Legal Remdies

(22). Plaintiff De'Raoul Files used the Jefferson County Jail grievance system procedure available to try and solve problem. Plaintiff De'Raoul Files presented the facts relating to this complaint. No one has responed saying that the grievance has been recieved or denied. No date filed for an appeal because to this day I have not had a response to the grievance.

## VI. Legal Claims

(22). Plaintiff De'Rauol Files re-allege and incorporate by reference paragraphs 1-22.

(23). Plaintiff De'Raoul Files rights under the 8th Aendment of the United States Constitution was violated and caused Plaintiff De'Raoul physical serios pain, suffering, and emotional distress.

(24). Plaintiff De'Raoul Files has no plain, adequate or complete remedy at law to redress the wrong describe herein, Plaintiff De'Raoul Files has been and will continue to be ireeparably injured by the conduct of the defendants unless this court grant Constitutional tort, Intentional tort, punitive damages, compensatory damages, relief which Plaintiff De'Raoul Files seeks.

• VII. Prayer for Relief

Wherefore, Plaintiff Mr. De'Raoul Files respectfully prays that this court enter judgement granting Plaintiff Mr. De'Raoul Files:

(25). A declaration that the acts and omissions described herein violated Plaintiff Mr. De'Raoul Files right's under the Constitution and Laws of the United States.

(26). Compensatory damages in the amount of $500.000 against each defendant jointly and seperately.

(27). Punitive damages in the amount of $500.000 against each defendant jointly and seperately.

(28). A jury trial on all issues trialable by jury.

(28). Plaintiff's cost in this suit.

(29). Any additional relief this court deems just proper; and equitable.

Dated; 6/25/21
Respectfully submitted;

Bibb Correction Facility
565 Bibb Lane
Brent, Alabama

Verification

I have read the foregoing complaint and hereby verify that the matters alleged there in are true, as to these, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Brent, Alabama 35034 on date 6/25/21

Signature De'Raoul Files #229234 HCU G-3
Mr. De'Raoul Files

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Case Number |
|---|---|---|
| Form C-34    Rev 6/88 | | |

IN THE <u>United State District</u> COURT OF <u>Jefferson</u> COUNTY

Plaintiff <u>De'Raoul Files</u> v. Defendant <u>Sheriff Mark Pettway Jefferson County Sheriff's Dept</u>

NOTICE TO <u>Sheriff Mark Pettway Jefferson County Sheriff's Dept</u>

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ WHOSE ADDRESS IS _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[✓] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____ By: _____
Clerk/Register

[ ] Certified Mail is hereby requested.   _____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____ (Date)

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date)

Date _____        Server's Signature _____

Type of Process Server _____   Address of Server _____

Phone Number of Server _____

| State of Alabama<br>Unified Judicial System | **AFFIDAVIT OF SUBSTANTIAL** | Court Case Number |
|---|---|---|
| Form C-10<br>Page 1 of 3    Rev. 7/2019 | **HARDSHIP AND ORDER** | |

IN THE <u>United States District</u> COURT OF <u>Northern District of</u>, ALABAMA
(Circuit, District, or Municipal)                                   (Name of County or Municipality)

STYLE OF CASE: <u>De'Raoul Files</u> v. <u>Jefferson County Sheriff's Dept</u>
(Plaintiff(s), State of Alabama, City of <u>Birmingham</u>)                    (Defendant(s))

OR   In the Matter of _____, a child.

TYPE OF PROCEEDING: <u>1983, 42 U.S.C. § 1983</u>

[✓] **CIVIL/JUVENILE/CHILD-SUPPORT (CV, DV, DR, SM, JU, CS) CASE** -- I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case. (Note: This form does not apply to DOCKET fees in CV, DV, DR, and SM cases. Form C-10D should be completed to request a waiver of prepayment of these docket fees).

[ ] **CRIMINAL (CC, DC, TR, Municipal) CASE** -- I, because of financial hardship, am unable to hire an attorney and request that the court appoint one for me and/or am unable to pay the fees and costs in this case and request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case. **CHARGE(S):**

[ ] **APPEALED/POST-CONVICTION CASE** -- I, because of financial hardship, am unable to hire an attorney and request that the court appoint one for me. (Note: Relating to appealed cases, this box only applies to appeals to the Alabama Court of Criminal Appeals or the Alabama Court of Civil Appeals or petitions for writs of certiorari to the Supreme Court of Alabama).

[ ] **DELINQUENCY/CHILD-IN-NEED OF SUPERVISION (JU) CASE** -- I, because of financial hardship, am unable to hire an attorney to represent me/my child. I request that an attorney be appointed to represent me/my child. CHARGE(S): _____

[ ] **DEPENDENCY/TERMINATION-OF-PARENTAL-RIGHTS (JU) CASE** -- I, because of financial hardship, am unable to hire an attorney to represent me. I request that an attorney be appointed to represent me.

[ ] **CIVIL/JUVENILE/CHILD-SUPPORT (CV, DV, DR, SM, JU, CS) CASE** (such as paternity, contempt, waiver of parental consent for abortion, juvenile mental commitment) -- I, because of financial hardship, am unable to hire an attorney to represent me. I request that an attorney be appointed to represent me.

## AFFIDAVIT

SECTION 1.

1. IDENTIFICATION

   Full Name <u>De'Raoul Broderick Files</u>   Date of Birth <u>11-14-79</u>
   Spouse's Full Name (if married) _____
   Complete Home Address <u>565 Bibb Lane, Brent, Alabama 35034</u>

   Number of People Living in Household <u>N/A</u>
   Telephone Number (Cell) <u>N/A</u> (Home) <u>N/A</u> (Other) _____
   State & Last 4 Digits of Driver License's Number <u>N/A</u> Last 4 Digits of Social Security Number <u>1521</u>
   Employer's Name & Address <u>N/A</u> Employer's Telephone Number <u>N/A</u>

2. ASSISTANCE BENEFITS.

   Do you or anyone residing in your household receive benefits from any of the following sources? (*if so, please check those which apply*)
   Temporary Assistance for Needy Families (TANF) [ ]   Food Stamps [ ]   Medicaid [ ]
   Social Security Income (SSI) [ ]   Other [ ] <u>N/A</u>

3. INCOME/EXPENSE
   STATEMENT

   Monthly Gross Income:
   |  |  |
   |---|---|
   | Monthly Gross Income | $ 0 |
   | Spouse's Monthly Gross Income (unless a marital offense) | $ 0 |
   | Other Monthly Earnings: Commissions, Bonuses, Interest Income, etc. | $ 0 |
   | Monthly Contributions from Other People Living in Household | $ 0 |
   | Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. | $ 0 |
   | Other Monthly Income (*be specific*) | $ 0 |
   | TOTAL MONTHLY GROSS INCOME | $ 0 |

| State of Alabama Unified Judicial System | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | Court Case Number |
|---|---|---|
| Form C-10 Page 2 of 3 Rev. 7/2019 | | |

Monthly Expenses:
A. Living Expenses $ 0
    Rent/Mortgage $ 0
    Total Utilities: Gas, Electricity, Water, etc. $ 0
    Food $ 0
    Clothing $ 0
    Health Care/Medical Insurance $ 0
    Car Payment(s)/Transportation Expenses $ 0
    Loan Payment(s) $ 0
    Credit Card Payment(s) $ 0
    Educational/Employment Expenses $ 0
    Other Expenses (be specific)_____ $ 0

**Subtotal** $ 0

B. Child Support Payment(s)/Alimony (Subtotal) $ 0

C. Exceptional Expenses (Subtotal) $ 0

**TOTAL MONTHLY EXPENSES (add subtotals from A, B & C monthly only)** $ 0

**Total Gross Monthly Income Less Total Monthly Expenses** $ 0

4. Assets

Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)* $ 0

Equity in Real Estate (value of property less what you owe) $ 0
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) $ 0

Other *(be specific)*
Do you own anything else of value? ☐ Yes ☑ No
(land, house, boat, TV, stereo, jewelry)
If so, describe _____ $ 0

Total Assets $ 0

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

Sworn to and subscribed before me this

29th day of June, 2021

_Felicia Gueland Ford_
(Judge/Clerk/Notary)

_De'Raoul Files_
(Affiant's Signature)

_De'Raoul Files_
(Print or Type Name)

| State of Alabama Unified Judicial System | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | Court Case Number |
|---|---|---|
| Form C-10 Page 3 of 3 Rev. 7/2019 | | |

## ORDER OF COURT

**SECTION II**

IT IS, THEREFORE, ORDERED AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and the request for appointment of counsel is DENIED.
☐ Affiant is not indigent and the request for waiver of prepayment of docket or other fees is DENIED because this Court finds that the Affiant has the resources to pay the docket or other fees without substantial hardship as follows:

_____
_____

☐ Affiant is indigent and the request for appointment of counsel is GRANTED for the reason that the Affiant has:

☐ an income level at or below 125% of the United States poverty level as defined by the most recently revised poverty income guidelines published by the United States Department of Health and Human Services;

☐ an income level greater than 125%, but at or below 200%, of the more recently revised poverty income guidelines published by the United States Department of Health and Human Services and because this Court finds that not providing indigent defense services in this case would cause the Affiant substantial hardship;

☐ an income level greater than 200 percent of the most recently revised poverty income guidelines published by the United States Department of Health and Human Services, the Affiant is charged with a felony, and because this Court finds that not providing indigent defense services in this case would cause the Affiant substantial hardship;

☐ The prepayment of fees and costs is waived and taxed as costs at the conclusion of the case because this Court finds that payment of the fees and costs will constitute a substantial hardship for the reason that the Affiant has:

☐ an income level at or below 125% of the United States poverty level as defined by the most recently revised poverty income guidelines published by the United States Department of Health and Human Services;

☐ an income level greater than 125%, but at or below 200%, of the more recently revised poverty income guidelines published by the United States Department of Health and Human Services and because this Court finds that not providing indigent defense services in this case would cause the Affiant substantial hardship;

☐ IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent the Affiant. IT IS
                                              *(Name of Attorney)*
FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and pre-approved expenses, filing and service fees, and court costs.

Done this _____
                *(Date)*

                                          _____
                                          *(Signature of _____, Judge)*
                                                         *(Printed Name)*

De'Raoul Files #229234 G-4 3-A
Bibb County C.F.
565 Bibb Ln
Brent, AL 35034

"This correspondence is forwarded from an Alabama State Prison. The contents have been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

JUL 06 2021
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Legal Mail
important
Document

To the Clerk of the United States District Court
For the Northern District of Alabama
Room 140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2195