UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **DE'RAOUL FILES,**<br>    Plaintiff,<br><br>**v.**<br><br>**MARK PETTWAY, et al.,**<br>    Defendants. | **Case No. 7:21-cv-911-CLM** |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** Defendants' Motion for Summary Judgment and **DISMISSES** all remaining counts **WITH PREJUDICE**. (Doc. 81).

The court **ORDERS** the Clerk of Court to close this case.

Costs taxed as paid.

**DONE** and **ORDERED** on March 26, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

1